IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BETTY WARREN                                                                                              PLAINTIFF

VS.                                           3:10CV00086 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
                                                                                                          DEFENDANT

## ORDER

Defendant has filed an unopposed motion to remand. (Docket entry #7). Defendant intends to conduct a *de novo* hearing because the tape recording of the administrative hearing is at least partially blank.

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g) (1995).

Under the circumstances, there is good cause shown, and a remand is proper. This is a "sentence six" remand. The Clerk is directed to administratively close this file.

IT IS THEREFORE ORDERED THAT Defendant's Motion to Remand (docket entry #7) is GRANTED.

DATED this 29th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE